The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMAN LEE MICHAEL WANDKE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant. | Case No. 2:22-cv-00396-MLP<br><br>**STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES** |

    Plaintiff Daman Wandke, by and through his respective undersigned attorneys, and Defendant National Railroad Passenger Corporation, by and through its respective undersigned attorneys, (collectively "the Parties") hereby move to extend upcoming Pretrial case schedule deadlines according to the schedule proposed below.

    The Parties have conferred and agreed that the proposed schedule is in the best interests of both parties, and the Parties respectfully request that this Court modify the pending pretrial deadlines in this case as follows:

Stipulated Motion to Extend Pretrial Deadlines - 1
No. 2:22-cv-00396-MLP

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

| Event | Date Set | Proposed Date |
|---|---|---|
| All motions in limine must be filed by this date and noted on the motion calendar no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (see LCR 7(d)(4)) | 1/23/2023 | 1/26/2023 |
| Agreed LCR 16.1 Pretrial Order due | 2/3/2023 | 2/3/2023 |
| Trial briefs proposed voir dire and jury instructions, and trial exhibits due. | 2/10/2023 | 2/10/2023 |
| Final Pretrial conference is scheduled at 1:30 p.m. in Courtroom 12A on: | 2/15/2023 | 2/15/2023 |

Dated this 20th day of January 2023

By:

WASHINGTON CIVIL & DISABILITY ADVOCATE

/s/ Conrad Reynoldson
Conrad Reynoldson, WSBA #48187
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 876-8515
conrad@wacda.com

/s/ Marielle Maxwell
Marielle Maxwell, WSBA #54957
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 455-6430
marielle@wacda.com

PRUETT WALTERS LARSON PPLC

/s/ Daniel J. Gunter
Mark D. Walters, WSBA No. 25537
Daniel J. Gunter, WSBA No. 27491
11120 NE 2d Street, Suite 100
Bellevue, WA 98004

Mark D. Walters: (206) 669-6986
mwalters@rpwlawfirm.com
Daniel J. Gunter: (651) 529-0163
dgunter@rpwlawfirm.com

*Attorneys for Plaintiff*

Stipulated Motion to Extend Pretrial Deadlines - 2
No. 2:22-cv-00396-MLP

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

| | |
|---|---|
| 1 | |
| 2 | LITTLER MENDELSON P.C. |
| 3 | *s/ Derek Bishop*                    *s/ Mathias Deeg* |

LITTLER MENDELSON P.C.

*s/ Derek Bishop*  
Derek Bishop, WSBA #39363  
One Union Square  
600 University Street, Suite 3200  
Seattle, WA 98101-3122  
206.381.4928  
debishop@littler.com

*s/ Mathias Deeg*  
Mathias Deeg, WSBA #52864  
One Union Square  
600 University Street, Suite 3200  
Seattle, WA 98101-3122  
206.381.4942  
mdeeg@littler.com

*s/ Daniel L. Thieme*  
Daniel L. Thieme, WSBA #12855  
One Union Square  
600 University Street, Suite 3200  
Seattle, WA 98101-3122  
206.623.3300  
dthieme@littler.com

*Attorneys for Defendant*

Stipulated Motion to Extend Pretrial Deadlines - 3
No. 2:22-cv-00396-MLP

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I Filed with the court's ECF system which sent notice of the electronic filing of the proceeding document to all following attorneys of record in this proceeding:

**Derek Bishop**, WSBA No. 39363
LITTLER MENDELSON, P.C.
One Union Square
600 University Street Suite 3200
Seattle, WA 98101
Telephone:  206-381-4928
Facsimile: 206-447-6965
Email: debishop@littler.com

**Mathias Deeg**, WSBA No. 52864
LITTLER MENDELSON, P.C.
One Union Square
600 University Street Suite 3200
Seattle, WA 98101
Telephone:  206-381-4942
Facsimile: 206-447-6965
Email: mdeeg@littler.com

**Daniel Thieme**, WSBA No. 12855
LITTLER MENDELSON, P.C.
One Union Square
600 University Street Suite 3200
Seattle, WA 98101
Telephone:  206-623-3300
Facsimile: 206-447-6965
Email: dthieme@littler.com

*Attorneys for Defendant*

DATED this 20th day of January 2023

*/s/Marielle Maxwell*
Marielle Maxwell
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
206-428-3172

Stipulated Motion to Extend Pretrial Deadlines - 4
No. 2:22-cv-00396-MLP

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172