The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAMAN LEE MICHAEL WANDKE,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant.

Case No. 2:22-cv-00396-MLP

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Extend Pretrial Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Parties' Stipulated Motion to Extend Pretrial Deadlines is GRANTED. The initial case schedule is amended as follows:

[Proposed] Order Granting Stipulated Motion to Extend Pretrial Deadlines - 1
2:22-cv-00396-MLP

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 408-3172

| Event | Date Set | Proposed Date |
|---|---|---|
| All motions in limine must be filed by this date and noted on the motion calendar no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (see LCR 7(d)(4)) | 1/23/2023 | 1/26/2023 |
| Agreed LCR 16.1 Pretrial Order due | 2/3/2023 | 2/3/2023 |
| Trial briefs proposed voir dire and jury instructions, and trial exhibits due. | 2/10/2023 | 2/10/2023 |
| Final Pretrial conference is scheduled at 1:30 p.m. in Courtroom 12A on: | 2/15/2023 | 2/15/2023 |

IT IS SO ORDERED.

Dated this 23rd day of January, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Dated this 20th day of January 2023

By:

WASHINGTON CIVIL & DISABILITY ADVOCATE

*/s/ Conrad Reynoldson*
Conrad Reynoldson, WSBA #48187
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 876-8515
conrad@wacda.com

*/s/ Marielle Maxwell*
Marielle Maxwell, WSBA #54957
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 455-6430
marielle@wacda.com

[Proposed] Order Granting Stipulated Motion to Extend Pretrial Deadlines - 2
2:22-cv-00396-MLP

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 408-3172

1  PRUETT WALTERS LARSON PPLC

2  /s/ Daniel J. Gunter
   Mark D. Walters, WSBA No. 25537
3  Daniel J. Gunter, WSBA No. 27491
   11120 NE 2d Street, Suite 100
4  Bellevue, WA 98004

5  Mark D. Walters: (206) 669-6986
   mwalters@rpwlawfirm.com
6  Daniel J. Gunter: (651) 529-0163
   dgunter@rpwlawfirm.com
7
   *Attorneys for Plaintiff*
8

9

10  LITTLER MENDELSON P.C.

11  s/ Derek Bishop                              s/ Mathias Deeg
    Derek Bishop, WSBA #39363                    Mathias Deeg, WSBA #52864
12  One Union Square                             One Union Square
    600 University Street, Suite 3200            600 University Street, Suite 3200
13  Seattle, WA 98101-3122                       Seattle, WA 98101-3122
    206.381.4928                                 206.381.4942
14  debishop@littler.com                         mdeeg@littler.com
15
    s/ Daniel L. Thieme
16    Daniel L. Thieme, WSBA #12855
      One Union Square
17    600 University Street, Suite 3200
      Seattle, WA 98101-3122
18    206.623.3300
      dthieme@littler.com
19

20
    *Attorneys for Defendant*
21

22

23

24

25

26

[Proposed] Order Granting Stipulated Motion to Extend Pretrial Deadlines - 3
2:22-cv-00396-MLP

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 408-3172