UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMAN LEE MICHAEL WANDKE,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Defendant. | Case No. C22-396-MLP<br><br>ORDER |

The parties have filed a stipulated motion for an extension of the remaining deadlines in this case until after a settlement conference scheduled for February 16, 2023. (Dkt. # 49.) The Court GRANTS the parties' stipulated motion (dkt. # 49) and ORDERS that the case schedule be amended as follows:

| | |
|---|---|
| All motions *in limine* must be filed by this date and noted on the motion calendar no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 2/23/2023 |
| Agreed LCR 16.1 Pretrial Order due | 3/3/2023 |
| Trial briefs, proposed voir dire and jury instructions, and trial exhibits due. | 3/10/2023 |
| Final Pretrial conference is scheduled at 1:30 p.m. in Courtroom 12A on: | 3/15/2023 |

ORDER - 1

| Trial: | 3/27/2023 |
|---|---|

Dated this 26th day of January, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge