The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAMAN LEE MICHAEL WANDKE,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant.

Case No. 2:22-cv-00396-MLP

**STIPULATED NOTICE OF SETTLEMENT**

**STIPULATION**

COMES NOW the parties to this litigation, Plaintiff Daman Lee Michael Wandke and Defendant National Railroad Passenger Corporation (collectively, "the Parties"), by and through the undersigned counsel of record, and hereby give notice that all claims in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

/ / /

/ / /

/ / /

STIPULATED NOTICE OF SETTLEMENT - 1

2:22-cv-00396-MLP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 12, 2023

| | |
|---|---|
| WASHINGTON CIVIL & DISABILITY ADVOCATES | LITTLER MENDELSON, P.C. |
| *s/ Conrad Reynoldson* <br> Conrad Reynoldson, WSBA #48187 <br> Marielle Maxwell, WSBA #54957 <br> 4115 Roosevelt Way NE, Suite B <br> Seattle, WA 98105 <br> Telephone:   206.428.3558 <br> conrad@wacda.com <br> marielle@wacda.com | *s/ Mathias Deeg* <br> Derek Bishop, WSBA #39363 <br> Mathias Deeg, WSBA #52864 <br> One Union Square <br> 600 University Street, Suite 3200 <br> Seattle, WA 98101.3122 <br> Telephone:   206.623.3300 <br> Facsimile:   206.447.6965 <br> debishop@littler.com <br> mdeeg@littler.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

LARSEN WALTERS PLLC

*s/ Daniel Gunter*
Mark D. Walters, WSBA #25537
Daniel Gunter, WSBA #27491
11120 NE 2nd Street, Suite 100
Bellevue, WA 98004
MDW Tel:   206.669.6986
DG Tel:    651.529.0163
mwalters@rpwlawfirm.com
dgunter@rpwlawfirm.com

Attorneys for Plaintiff

STIPULATED NOTICE OF SETTLEMENT - 2

2:22-cv-00396-MLP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on June 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Conrad Reynoldson, WSBA #48187
Marielle Maxwell, WSBA #54957
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Tel: (206) 428-3558
conrad@wacda.com
marielle@wacda.com

Mark D. Walters, WSBA #25537
Daniel Gunter, WSBA #27491
LARSEN WALTERS PLLC
11120 NE 2nd Street, Suite 100
Bellevue, WA 98004
MDW Tel: (206) 669-6986
DG Tel:    (651) 529-0163
mwalters@rpwlawfirm.com
dgunter@rpwlawfirm.com

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Executed on June 12, 2023, at Seattle, Washington.

/s/ *Liana Natividad*
Liana Natividad
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

4858-6535-3577.1 / 090621-1137

STIPULATED NOTICE OF SETTLEMENT - 3
2:22-cv-00396-MLP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300